# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-25-00971-CV

---

### In re Brianna Leann Gordon

---

### ORIGINAL PROCEEDING FROM TOM GREEN COUNTY

---

## M E M O R A N D U M   O P I N I O N

In this suit affecting the parent–child relationship, relator Brianna Leann Gordon has filed a petition for writ of mandamus seeking relief from the trial court's order granting the motion of intervenors and real parties in interest Mary Susanne Martinez-Dominguez and Manuel Dominguez to extend the trial court's temporary restraining order. Relator additionally seeks relief from the trial court's alleged failure to promptly rule on her emergency motions. A party seeking mandamus relief has the burden of providing this Court with a sufficient record to establish her right to such relief. *See Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992); *see* Tex. R. App. P. 52.3(k)(1)(A) (requiring appendix to petition for writ of mandamus to include certified or sworn copy of order complained of and other documents showing matter complained of); 52.7(a) (providing that mandamus record must contain, among other things, certified or sworn copy of every document that is material to relator's claim and that was filed in underlying proceeding).

The appendix and record do not meet the requirements of Rules 52.3 and 52.7; therefore, this Court lacks a record sufficient to assess the right to mandamus relief. We accordingly deny relief. *See* Tex. R. App. P. 52.8(a).

_____

Karin Crump, Justice

Before Chief Justice Byrne, Justices Crump and Ellis

Filed: December 12, 2025